NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPARTON CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5014

---

Appeal from the United States Court of Federal Claims in case no. 92-CV-580, Judge Edward J. Damich.

---

**ON MOTION**

---

## ORDER

Sparton Corporation moves for leave to file an appendix to its motion for reconsideration.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for leave is granted.

FOR THE COURT

__AUG 2 9 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Steven Kreiss, Esq.
Gary L. Hausken, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 2 9 2011

JAN HORBALY
CLERK